# MINUTE ORDER

Page 16

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 10/28/2019   Time: 2:00 p.m.

Defendant: 1) WILLIAMS OBANDO-BARRANTES    J#: 18429-104   Case #: 19-3725-MJ-Becerra
AUSA: Michael Thakur     Attorney: AFPD Julie Holt
Violation: CONSP/MARITIME DRUG SMUGGLING    Surr/Arrest Date: 10/27/2019   YOB: 1978

Proceeding: Initial Appearance     CJA Appt: ___
Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: ___
Bond Set at: Stip $250K CSB w/Nebbia    Co-signed by: ___

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts AFPD

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:   Time:   Judge:   Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
(Prelim/Arraign) or Removal: 11/12 10a Duty MIA
Status Conference RE: ___
D.A.R. 14:11:25 | 15:56:52     Time in Court: 5 mins

s/Jacqueline Becerra       Magistrate Judge